IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARVIN E. TAYLOR, #1990377 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv672 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**O R D E R**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for summary judgment (Dkt. #19) and amended motion for summary judgment (Dkt. #21), has been presented for consideration. No objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's motions for summary judgment (Dkt. #19, 21) are **DENIED**.

SIGNED this 21st day of August, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE